UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01019-JLS-SK                          Date: April 21, 2026

Title      Baodan Hu v. Warden Facility Administrator of the Adelanto Detention Facility, et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:          Attorneys Present for Respondents:
None present                                           None present

**Proceedings:       (IN CHAMBERS) ORDER TO SHOW CAUSE RE: BOND HEARING**

Based on the parties' briefs, neither side appears to dispute that Petitioner may be eligible for the individualized custody determination provided to those subject to the class-wide declaratory judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025).  (ECF 6 at 2; ECF 7 at 3).  And for bond hearings ordered under the *Maldonado Bautista* judgment, the Government has had to bear the burden before an immigration judge to prove by clear and convincing evidence whether Petitioner poses a flight risk or danger to the public and must therefore be detained pending removal proceedings.  *See, e.g., Munoz v. Johnson*, No. 2:26-cv-02171-SSS, 2026 WL 905513, at *1 (C.D. Cal. Apr. 1, 2026); *Benites v. Janecka*, No. 5:26-cv-00222-SSS, 2026 WL 579160, at *1 (C.D. Cal. Mar. 2, 2026); *Martinez v. Rios*, No. 5:26-cv-00679-SSS, 2026 WL 576010, at *1 (C.D. Cal. Mar. 2, 2026).

Respondents are thus ordered to show cause in writing within 7 days of this order why the petition should not be granted, consistent with *Maldonado Bautista*, with Petitioner being afforded a prompt bond hearing under 8 U.S.C. § 1226(a) at which the Government must prove by clear and convincing evidence to a neutral immigration judge that Petitioner must be detained pending removal proceedings due to flight risk or danger.  If Petitioner agrees with that disposition, Respondents may discharge this order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition on those terms within 7 days of this order.  *See, e.g., Sidhu v. Bowen*, No. 5:26-cv-00834-SK, Dkt. 17 (C.D. Cal. Apr. 16, 2026).

IT IS SO ORDERED.

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **1**