# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAODAN HU,<br><br>      Petitioner,<br><br>   v.<br><br>WARDEN (FACILITY ADMINISTRATOR) OF THE ADELANTO DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No. 5:26-cv-01019-JLS-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Habeas Petition (R&R) and any relevant records as needed.  The parties have waived their objections (ECF 12, 14), so the Court need not review de novo the findings and conclusions in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is GRANTED in accordance with the R&R.  Petitioner is ORDERED released from Respondents' custody unless she is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days of this order and under the terms specified in the R&R.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED:   May 5, 2026

               HON. JOSEPHINE L. STATON
               United States District Judge