JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAODAN HU,

          Petitioner,

    v.

WARDEN (FACILITY ADMINISTRATOR) OF THE ADELANTO DETENTION FACILITY, et al.,

          Respondents.

Case No. 5:26-cv-01019-JLS-SK

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Grant Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

DATED: May 5, 2026

_____
HON. JOSEPHINE L. STATON
United States District Judge